WILLIAM H. HAYWOOD, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 11847.    Promulgated June 5, 1928.

*C. M. Edelman, C. P. A.*, for the petitioner.
*Bruce Low, Esq.*, for the respondent.

STERNHAGEN: This is a proceeding for the redetermination of a deficiency of $381.75 for 1921.

In 1910, the petitioner purchased 25 shares of the capital stock of the T. A. Clark Co. for $2,500. The March 1, 1913, value of the stock was $6,599.50. In December, 1921, he sold the stock for $3,700. In his income-tax return for 1921 he deducted as a loss the difference between the March 1, 1913, value and the sales price. The respondent disallowed the deduction.

The petitioner suffered no deductible loss upon the sale of his stock for an amount greater than the cost but less than the March 1, 1913, value thereof. *United States* v. *Flannery*, 268 U. S. 98, and *McCaughn* v. *Ludington*, 268 U. S. 106.

*Judgment will be entered for the respondent.*

MAX RUBENSTEIN, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 12326.    Promulgated June 5, 1928.

*Maurice Teich, C. P. A.*, for the petitioner.
*J. L. Deveney, Esq.*, for the respondent.

ARUNDELL: Petitioner claims that in determining the deficiency of $505.36 in income tax for 1923 the respondent used closing inventories for two of his stores based on cost, whereas the inventories should have been taken at cost or market whichever was lower in accordance with the petitioner's prior practice. At the hearing counsel for the petitioner offered in evidence a closing inventory of the Henderson, Ky., store consisting of a number of pages on which are listed items inventoried. Some of the pages have three columns of figures and some two. Some of the figures listed are designated variously as " original cost," " regular cost," and " regular prices," while most of them have no designation. No evidence was offered as to the inventory of the store located at Greenville, S. C., the amount of which is in dispute.

*Judgment will be entered for the respondent.*